AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 23 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| United States of America<br>v.<br>KHYREE MONTEVIOUS SMITH | )<br>)<br>)<br>) Case No: 4:20-CR-00153-01<br>) USM No: 30141-509<br>) |
| Date of Original Judgment: 04/14/2022<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) James W. Wyatt<br>) Defendant's Attorney |

## ORDER REGARDING MOTION FOR AMENDMENT 821 SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __65__ months **is reduced to** __52__.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __04/14/2022__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __04/23/2024__

Effective Date: __4/23/24__
*(if different from order date)*

_____
Judge's signature

U.S. District Judge James M. Moody, Jr.
Printed name and title